CLERK'S OFFICE
A TRUE COPY
Dec 06, 2023
s/ Mariah Kauder
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

❏ Original

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of ) | |
| *(Briefly describe the property to be searched* ) | Case No.    23-M-498 (SCD) |
| *or identify the person by name and address)* ) | |
| Information associated with the following Facebook user ) | Matter No. 2023R00109 |
| ID "Derrick Rich" https://www.facebook.com/profile.php? ) | |
| id=100076274310216 (Target Account) ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before   12-20-23   *(not to exceed 14 days)*
❏ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Hon. Stephen C. Dries   .
          *(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for _____ days *(not to exceed 30)*   ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued:   12-6-23. 11:55 am      *Stephen C. Dries*
                                                  *Judge's signature*

City and state:   Milwaukee, WI            Honorable Stephen C. Dries, U.S. Magistrate Judge
                                                      *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

**Certification**

      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

<u>**ATTACHMENT A**</u>
**Property to Be Searched**
**MATTER NO. 2021R00189**

This warrant applies to information associated with the Facebook user ID "Derrick Rich" https://www.facebook.com/profile.php?id=100076274310216 (Target Account) that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a company headquartered in Menlo Park, California.

Page 1

Case 2:23-mj-00498-SCD    Filed 12/06/23    Page 3 of 38    Document 1

# ATTACHMENT B
## Particular Things to be Seized
## MATTER NO. 2023R00109

**I.    Information to be disclosed by Meta Platforms, Inc. ("Meta")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information associated with **the user ID listed in Attachment A for the time period of January 1, 2023 to the date of this warrant's execution**:

(a)    All contact and personal identifying information, for the accounts in Attachment A including full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)    All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(c)    All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d)    All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which

Page 2

the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e) All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f) All other records and contents of communications and messages made or received by the user including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g) All "check ins" and other location information;

(h) All IP logs, including all records of the IP addresses that logged into the account;

(i) All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(j) All information about the Facebook pages that the account is or was a "fan" of;

(k) All past and present lists of friends created by the account;

(l) All records of Facebook searches performed by the account;

(m) All information about the user's access and use of Facebook Marketplace;

(n) The types of service utilized by the user;

(o) All audio and video messages sent by the account and messages received by the account;

(p) Any and all location data that is recorded by Facebook related to the account;

Page 3

(q)    The types of service utilized by the user;

(r)    The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(s)    All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(t)    All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken; and

(u)    Records relating to who created, used, or communicated with the user ID, including records about their identities and whereabouts.

Meta is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) and 846 involving Duane WILLIAMS (the Facebook account owner and suspect), James E. JAMES III, Patrick VAUGHN, Bradley DIDENKO, Jordan MAYRAND, Anton MATTHEWS, Lorenzo GOODEN, and others unknown and unknown to law enforcement, since January 1, 2023 to present, including for the user ID identified on Attachment A, information pertaining to the following matters:

(a) The sale and distribution of illegal drugs, any preparatory steps taken in furtherance of the criminal scheme and communications between said suspects and others related to the relevant offense conduct of the sale of illegal drugs, including potential communications with source of supply in Texas and elsewhere;

(a) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(b) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation; and

(c) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

Page 5

CLERK'S OFFICE
A TRUE COPY
Dec 06, 2023
s/ Mariah Kauder
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Information associated with the following Facebook user )
ID "Derrick Rich" https://www.facebook.com/profile.php? )
id=100076274310216 (Target Account) )

Case No.     23-M-498 (SCD)

Matter No. 2023R00109

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A.

located in the _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

❏ contraband, fruits of crime, or other items illegally possessed;

❏ property designed for use, intended for use, or used in committing a crime;

❏ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841 & 846 | Distribution, possession with intent to distribute controlled substances, and conspiracy to distribute and possess with the intent to distribute controlled substances. |

The application is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

❏ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

TYLER OWENBY  Digitally signed by TYLER OWENBY
Date: 2023.12.05 15:39:57 -06'00'

*Applicant's signature*

Tyler F. Owenby, DEA SA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone _____ *(specify reliable electronic means)*.

Date: 12-6-23

*Judge's signature*

City and state:  Milwaukee, WI

Honorable Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

I, Tyler F. Owenby, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of an application for a search warrant for information associated with the following Facebook user ID "Derrick Rich" https://www.facebook.com/profile.php?id=100076274310216 (**Target Account**) that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc. ("Meta"), a company headquartered in Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A and B. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Meta Platform Inc to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the **Target Account**.

2.      I am a Special Agent with the Drug Enforcement Administration ("DEA"). I have been so employed since July 2021 and am currently assigned to the DEA Milwaukee District Office. As part of my duties as a DEA Special Agent, I investigate criminal violations relating to narcotics trafficking and money laundering offenses, including criminal violations of the Federal Controlled Substance laws, including, but not limited to Title 18, United States Code, Sections 1956, and 1957, and Title 21, United States Code, Sections 841, 843, 846, 848, 952 and 963. I have been involved in electronic surveillance methods, the debriefing of defendants, informants, and witnesses, as well as others who have knowledge of the distribution, transportation, storage, and importation of controlled substances.

3.      Prior to my employment with the DEA, I spent the previous five years working as an Analyst assigned to the Columbia Missouri Police Department's Vice Narcotics and Organized

Crime Unit.  As part of my duties as an Analyst, I was formally trained and certified in the areas of mobile phone forensics, cell tower and phone toll analysis, and advanced open source intelligence gathering techniques.

4.  I have participated in complex narcotics investigations which involved violations of state and federal controlled substances laws and money laundering laws including Title 21, United States Code, Sections 841(a)(1), 843(b) and 846, and Title 18, United States Code, Sections 1956 and 1957, and other related offenses.  More specifically, my training and experience includes the following:

a.  I have utilized informants to investigate drug trafficking.  Through informant interviews, and extensive debriefings of individuals involved in drug trafficking, I have learned about the manner in which individuals and organizations distribute controlled substances in Wisconsin and throughout the United States;

b.  I have experience conducting street surveillance of individuals engaged in drug trafficking.  I have participated in the execution of search warrants where controlled substances, drug paraphernalia, and drug trafficking records were seized;

c.  I am familiar with the appearance and street names of various drugs, including marijuana, heroin, cocaine, cocaine base (unless otherwise noted, all references to crack cocaine in this affidavit is cocaine base in the form of crack cocaine), ecstasy, and methamphetamine.  I am familiar with the methods used by drug dealers to package and prepare controlled substances for sale.  I know the street values of different quantities of the various controlled substances;

d.  I am familiar with the language utilized over the telephone to discuss drug trafficking, and know that the language is often limited, guarded, and coded;

e.  I know that drug traffickers often use electronic equipment and wireless and land line telephones to conduct drug trafficking operations;

f.  I know that drug traffickers commonly have in their possession, and at their residences and other locations where they exercise dominion and control, firearms, ammunition, and records or receipts pertaining to such;

g.  I know that drug traffickers often put their telephones in nominee names in order to distance themselves from telephones that are utilized to facilitate drug trafficking; and

Page 2

h. I know that drug traffickers often use drug proceeds to purchase assets such as vehicles, property, and jewelry. I also know that drug traffickers often use nominees to purchase and/or title these assets in order to avoid scrutiny from law enforcement officials.

5. Based on my training, experience, I know conversations of narcotics, drugs, paraphernalia, controlled substances, and moneys associated with the sale of narcotics, drugs, and controlled substances are sent through social media, like Facebook and Facebook Messenger system, and I am familiar with many of the methods used by individuals who attempt to use Facebook to illegally distribute controlled substances. Further, I know drug traffickers will often post photos on social media, like Facebook or Facebook Messenger of their drug trafficking conduct, including photos of drug proceeds, items purchased from drug trafficking, or controlled substances in which they are trafficking. On numerous occasions, this electronic evidence from social media has provided proof of the crimes being investigated and corroborated information already known or suspected by law enforcement. During the course of investigations, I have regularly used electronic evidence relating to the commission of criminal offenses, including intent, motive, manner, means, and the identity of co-conspirators.

6. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

7. I am currently participating in an investigation of distribution of and possession with intent to distribute controlled substances and conspiracy to distribute and possess with the intent to distribute controlled substances, violations of Title 21 United States Code Sections 841 and 846, involving James E. JAMES III, Patrick VAUGHN, Bradley DIDENKO, Jordan

Page 3

MAYRAND, Anton MATTHEWS, Lorenzo GOODEN, Duane WILLIAMS, and others identified and not yet identified.

8.      This affidavit is submitted in support of an application for a search warrant for WILLIAMS's Facebook account, for evidence of WILLIAMS and others' involvement in the above-described offenses between January 1, 2023, to present, who is the user associated with the Facebook account with the following username and ID number (**Target Account**):

| FACEBOOK NAME | FACEBOOK URL |
|---|---|
| "Derrick Rich" | https://www.facebook.com/profile.php?id=100076274310216 |

**PROBABLE CAUSE**

9.      I am currently participating in an investigation of a large-scale fentanyl/cocaine drug trafficking organization herein referred to as the "DTO."  I am familiar with the facts and circumstances regarding this investigation as a result of my personal participation in this investigation, and my review of: (a) consensually recorded telephone conversations and face-to-face meetings; (b) reports prepared by, and information obtained from, other federal, state, and local law enforcement agents and officers, all of whom I believe to be truthful and reliable; (c) court-authorized electronic communications; and (d) information obtained from cooperating citizen witnesses, confidential sources, and defendants, whose reliability is established herein.[1]

10.      The Wisconsin Department of Justice along with the United States Postal Inspection Service and the DEA are working an investigation involving James E. JAMES III

---

[1] Throughout this affidavit, reference will be made to case agents.  Case agents are those federal, state, and local law enforcement officers who have directly participated in this investigation, and with whom your affiant has had regular contact regarding this investigation.

Page 4

(DOB: XX/XX/1988), Patrick VAUGHN (DOB: XX/XX/1967), Bradley DIDENKO (DOB: XX/XX/1973), Jordan MAYRAND (DOB: XX/XX/1979), Anton MATTHEWS (XX/XX/1996), Lorenzo GOODEN (DOB: XX/XX/1987), Duane WILLIAMS (DOB: XX/XX/1998) and others yet to be identified, who are believed to be members of a Milwaukee-area based DTO believed to be sourced from California.

### A.    Background

11.    On February 23, 2023, United States Postal Inspection Service Inspector (USPIS) Kim Lincoln was alerted to a parcel bearing USPS Priority Mail Express tracking number EI 649 372 511 US (wooden crate) being shipped to Jordan Woodman at the address 1940 North 15th Street, Milwaukee, Wisconsin, 53205.  The parcel was shipped from California with a return name and address of the "Earthquake Store" located in Burbank California.  The address of 1940 North 15th Street does not exist, and the parcel was not delivered.  On this same date two individuals showed up at the Hilltop Post Office in Milwaukee, Wisconsin attempting to take custody of the package addressed to Jordan Woodman.  The first individual claimed to be James Woodman and further stated to the employee at the post office that he was the nephew of Jordan Woodman.  The second individual stated they were Jordan Woodman.  However, the post office would not relinquish custody of the package because the address on the ID provided by Jordan Woodman was 1942 North 15th Street which did not match the address the parcel was addressed to.  Inspector Lincoln ultimately discovered that the parcel contained just over two kilograms of fentanyl.

12.    Case agents then examined USPS databases and discovered that parcel EI 649 372 511 US and others were being tracked by IP addresses in both California and Mexico. Case agents identified other packages identical to parcel EI 649 372 511, which contained fentanyl, all

addressed to Jordan Woodman. Case agents identified two parcels in Milwaukee, Wisconsin, one parcel in the Saint Louis, Missouri area, and one parcel in northern Illinois.

13. On February 27, 2023, case agents were conducting follow-up regarding parcel EI 649 372 511 at the Hilltop Post Office when two individuals came to the counter attempting to claim the parcel. One of the individuals identified himself to Postal Inspectors as Jordan Woodman. This subject presented an ID Card Receipt from the Wisconsin Department of Transportation issued to Jordan Woodman at 1942 North 15th Street, Milwaukee, Wisconsin, 53205. Once the subject realized that he was speaking with law enforcement officers and not Post Office employees, he and the second subject with him immediately left the post office. Case agents later determined that the identification Woodman presented was false and positively identified him as Patrick VAUGHN, through law enforcement databases. Case agents also identified the subject claiming to be "James" (nephew of Jordan Woodman) as James E. JAMES III, through law enforcement bases. Both James and Vaughn are Milwaukee residents.

14. On June 14, 2023, Task Force Officer (TFO) Mitchell Ward along with USPIS Inspector Kim Lincoln interviewed Patrick VAUGHN regarding this investigation. VAUGHN admitted to attempting to retrieve parcel EI 649 372 511 US from the Hilltop Post Office for his drug supplier nicknamed "400" on February 23, 2023. VAUGHN said he buys small amounts of cocaine and "weed" (i.e., marijuana) from "400". VAUGHN stated he did not know "400's" real name but provided 400's telephone number 414-627-2727. VAUGHN used telephone number 414-627-2727 to contact "400" to arrange the purchase of cocaine. VAUGHN stated that "400" uses various cars to deliver cocaine. VAUGHN described "400" as a black male, aged between mid-thirties and early-forties, who had a short or bald hairstyle.

15.     Case agents then obtained a court order authorizing electronic surveillance of telephone number 414-627-2727 and reviewed historical call detail records of telephone number 414-627-2727 also. Case agents recognized VAUGHN's number as one of the top callers to telephone number 414-627-2727.  From April 14, 2023, to June 14, 2023, VAUGHN was using telephone number 414-998-7482 and communicated 127 times with telephone number 414-627-2727.  Case agents know that VAUGHN's phone number is 414-998-7482 because VAUGHN provided case agents consent to review the contents of his phone when he was interviewed on June 14, 2023.

16.     Additionally, case agents identified another top caller of telephone number 414-627-2727 as Bradley DIDENKO of 3142 South Pine Street (lower), Milwaukee, Wisconsin. DIDENKO was using telephone number 414-881-9687 from the time period of April 19, 2023, to June 16, 2023, and call records reflect 365 call between DIDENKO and the Target Phone.  A search of law enforcement data bases showed that Jordan MAYRAND also resided at 3142 South Pine Street (lower), Milwaukee, Wisconsin 53207.  On June 9, 2023, the West Allis Police Department arrested MAYRAND for several felony drug offences, including possession with the intent to deliver fentanyl (Wisconsin Circuit Court Case 2023CF002558).

17.     On August 1, 2023, case agents interviewed Bradley DIDENKO.  DIDENKO stated that he regularly purchases small amounts of fentanyl from an unknown black male. DIDENKO stated that he calls telephone number 414-627-2727 to arrange the purchase of fentanyl. DIDENKO stated the same person does not always deliver the fentanyl to him after he places an order with telephone number 414-627-2727.  DIDENKO stated that the "main guy" is a black male who he knows only by the nickname of "Fast." DIDENKO stated that although he recently has not seen "Fast," "Fast's workers" last sold him a gram of fentanyl on July 31, 2023.

Page 7

DIDENKO said he typically buys between a half gram and a gram of fentanyl every other day. Case agents know that DIDENKO was using telephone number 414-881-9687 to contact telephone number 414-627-2727 because DIDENKO provided consent for case agents to review the contents of his cellular phone when he was interviewed on August 1, 2023.

18. On August 16, 2023, case agents spoke with a confidential source (CS-1) regarding this investigation.[2] CS-1 stated that an individual known as "Fast" sells fentanyl and cocaine in the greater Milwaukee area. CS-1 stated that "Fast" has been using telephone number 414-627-2727 to conduct sales of fentanyl and cocaine for the past year. CS-1 stated that once the order is placed on telephone number 414-627-2727, either "Fast" or one of his "crew" delivers the narcotics at various locations in the greater Milwaukee area. CS-1 stated that most narcotics transactions with "Fast" occur in public areas chosen by "Fast."

19. On September 20, 2023, the Honorable Stephen C. Dries, United States Magistrate Judge in the Eastern District of Wisconsin, authorized a warrant for electronic surveillance of telephone number 414-627-2727.

**B.    Controlled Buys**

20. During the below listed controlled buy of controlled substances the CSs placed a recorded phone call to the target, captured audio and video of the controlled purchase, was followed to and from the controlled purchase location, was searched before and after the controlled purchase with no drugs, money, or weapons located, debriefed after the controlled purchase, and

---

[2] CS-1's information is credible and reliable because CS-1 has given information concerning individuals involved in illegal activities. CS-1's information has been independently verified through this investigation, including through controlled drug buys, queries of law enforcement databases, and surveillance. CS-1 has made statements against his/her penal interest. CS-1 has felony convictions for Manufacture/Delivery Cocaine and Forgery. CS-1 has no arrests or convictions relating to dishonesty. CS-1 is cooperating with law enforcement for monetary compensation.

Page 8

the above evidence and statements reviewed and verified by law enforcement.  Additionally, the controlled substances were all weighed and tested positive for the listed substance and the target was identified by the CS through photographs.

a.      **Controlled Buy October 5, 2023, with telephone number 414-627-2727**

21.      On October 12, 2023, CS-1 conducted controlled purchase of 1/2 gram of fentanyl and 1 gram of crack cocaine for $130 with Anton MATTHEWS.

22.      CS-1 arranged to purchase 1 gram of crack cocaine and 1/2 gram of fentanyl for $130 by calling telephone number 414-627-2727.  Telephone number 414-627-2727 was answered by an unknown male who directed CS-1 to come to 4936 North 40th Street, Milwaukee, Wisconsin to complete the transaction.

23.      CS-1 explained to case agents that 4936 North 40th Street was a location often used by this DTO and stated they had been directed to this address on several occasions.  CS-1 stated that this was a residential address with a long wheelchair ramp coming from the front door and extending towards the street.  Approximately five minutes after CS-1 confirmed the location, CS-1 received another call from telephone number 414-627-2727.  CS-1 was then instructed to meet in the area of 7th Street and Capitol in Milwaukee, Wisconsin.  CS-1 stated they'd been to this area in the past to conduct drug transactions and believed there was a house in this area where they would be directed. CS-1 did not recall an exact address.

24.      Surveillance had already been established in the area of 7th Street and Capital prior to CS-1 departing the predetermined meet location.  As case agents were leaving the predetermined location with CS-1, surveillance units in the area of 7th and Capitol observed a silver Jeep Cherokee, bearing Wisconsin plates ALY-1398 (Jeep) arriving in front of 4076 North 7th Street, Milwaukee, Wisconsin.  According to the Wisconsin Department of Transportation, ALY-1398 is

Page 9

registered to Anton MATTHEWS at 4076 North 7th Street, and case agents positively identified MATTHEWS as the driver of the Jeep based on MATTHEWS driver's license photograph.

25. MATTHEWS was observed exiting the Jeep and walking to the front porch area of 4076 North 7th Street. A short time later, MATTHEWS was observed walking back toward the Jeep and entering the driver's seat. MATTHEWS was then observed pulling away from the front of the residence and immediately pulling over around the corner on Fiebrantz Avenue, just East of 7th Street.

26. CS-1 received another phone call from telephone number 414-627-2727 shortly after the Jeep pulled around the corner. CS-1 was instructed to meet near the alley that runs behind the 7th Street address. CS-1 was then observed by case agents arriving in the area and pulling directly behind the Jeep on Fiebrantz Avenue. CS-1 was observed by case agents exiting the CS vehicle and entering the front passenger seat of the Jeep. CS-1 was inside the Jeep for approximately two minutes before exiting the Jeep and returning to CS'1-s vehicle. While inside the Jeep, CS-1 obtained suspected controlled substances in exchange for $130. CS-1 was followed directly back to the predetermined meet location by case agents where CS-1 turned over two small baggies, one containing suspected crack cocaine and one containing suspected fentanyl. The suspected crack cocaine and suspected fentanyl were later subjected to field tests where they both yielded positive results. CS-1 was later shown a driver's license photograph of Anton MATTHEWS, who CS-1 positively identified as the individual who sold CS-1 the suspected crack cocaine and suspected fentanyl inside the Jeep. CS-1 stated that MATTHEWS was not the individual CS-1 knew as "Fast."

       **b.**     **Controlled Buy October 12, 2023, with telephone number 414-627-2727**

Page 10

27. On October 12, 2023, under the direction of case agents, CS-1 conducted controlled purchase of 1/2 gram of fentanyl and 1 gram of crack cocaine for $130 with Lorenzo GOODEN (DOB: XX/XX1987).

28. CS-1 called telephone number 414-627-2727 and it was again answered by an unknown male. CS-1 was instructed to come to the area of 1st Street and National in Milwaukee, Wisconsin. CS-1 was followed by case agents to the area of 1st Street and National where surveillance had already been established. CS-1 parked on the south side of East Florida Street to the east of 1st Street, Milwaukee, Wisconsin. Approximately two minutes later, case agents observed a black Nissan SUV, bearing Wisconsin plates AKF-5062 (Nissan) arrive in the area and park on the opposite side of Florida Street from CS-1's vehicle.

29. CS-1 exhibited the vehicle and entering the front passenger seat of the Nissan. The Nissan then pulled away east on Florida Street and pulled over in the area of Florida Street and Water Street. The Nissan stopped for a very brief period of time at Florida Street and Water Street and then drove back to where CS-1's vehicle was parked. CS-1 exited the Nissan and got back into CS-1's vehicle. While inside the Nissan, CS-1 obtained suspected controlled substances in exchange for $130. The Nissan was under constant visual surveillance by case agents for the duration of the interaction with CS-1. CS-1 was then followed back to the predetermined meeting location by case agents and was under constant visual surveillance the entire time. Once back at the predetermined location CS-1 handed over two small baggies, one containing suspected crack cocaine and the other containing suspected fentanyl. The suspected crack cocaine and suspected fentanyl were later subjected to field tests where they both yielded positive results.

30. CS-1 was later shown a photograph of Lorenzo GOODEN (DOB: XX/XX1987), who CS-1 positively identified as the individual in the black Nissan who had sold them the

suspected crack cocaine and suspected fentanyl. Case agents were already familiar with GOODEN as GOODEN had been previously identified by case agents through another investigation. CS-1 stated that GOODEN was not the individual CS-1 knew as "Fast."

        **c.**         **Controlled Buy October 12, 2023, with telephone number 414-627-2727**

31. On October 26, 2023, CS-1 conducted another controlled purchase of 1/2 gram of fentanyl and 1 gram of crack cocaine for $130 with Duane WILLIAMS.

32. CS-1 called telephone number 414-627-2727, which was again answered by an unknown male. CS-1 was instructed to come to the area of 7th Street and Walnut in Milwaukee, Wisconsin. CS-1 was followed by case agents to the area of North 7th and Walnut where surveillance had already been established. CS-1 ultimately parked the vehicle on West Reservoir Avenue just to the west of North 7th Street. Approximately twenty minutes after CS-1 parked on West Reservoir Avenue, case agents observed a silver Honda Accord, bearing Wisconsin plates ANY-6044 (Accord) arrive in the area and park near CS-1's vehicle. CS-1 was then observed exiting the vehicle and walking to the Accord. CS-1 was observed leaning into the passenger window of the Accord for approximately three minutes and then was observed walking back to CS-1's vehicle and departing the area. While leaning into the passenger window of the Accord, CS-1 obtained suspected controlled substances in exchange for $130. Once back at the predetermined location CS-1 handed over the suspected controlled substances to case agents. The suspected crack cocaine and suspected fentanyl were later subjected to field tests where they both yielded positive results.

33. Case agents reviewed the video recording of the controlled buy and law enforcement databases. Case agents obtained and compared booking photographs to the video

recording and determined that Duane WILLIAMS (DOB: XX/XX/1998) was the driver of the Accord, who provided the controlled substances to CS-1.

34. CS-1 was later shown a photograph of WILLIAMS to which CS-1 positively identified as the individual who had sold CS-1 the suspected crack cocaine and suspected fentanyl. CS-1 further stated that they believe WILLIAMS lives at 4936 North 40th Street, Milwaukee, Wisconsin, due to previous interactions with WILLIAMS at this address.

35. Case agents have conducted physical surveillance of 4936 North 40th Street, Milwaukee, Wisconsin, and have observed the Accord parked in the driveway on multiple occasions. Additionally, case agents observed DIDENKO meet with the Accord on July 31, 2023, in the alley behind DIDENKO's residence. On this occasion, case agents observed what appeared to be a hand-to-hand transaction between DIDENKO and the driver of the Accord. Based on my training, experience, and investigation into the DTO, the hand-to-hand transaction was consistent with a drug transaction.

### d. Controlled Buy November 13, 2023, with telephone number 414-627-2727

36. On November 13, 2023, CS-1 conducted another controlled purchase of fentanyl and crack cocaine for $130 with Duane WILLIAMS.

37. On November 13, 2023, case agents met CS-1 at a predetermined location and CS-1 called telephone number 414-627-2727, and the call went unanswered. A few moments later CS-1 received an incoming call from telephone number 414-627-2727 and the individual calling instructed CS-1 to go to the area of North 41st Street and West Hampton Avenue. CS-1 believed the person on telephone number 414-627-2727 was the same individual (Duane WILLIAMS) that CS-1 had met with on October 26, 2023.

38. CS-1 was followed by case agents to the 4500 block of North Sherman Boulevard, Milwaukee, Wisconsin. CS-1 received an incoming call from telephone number 414-627-2727and was directed to go to the area of North 14th Street and West Capitol Drive. Prior to CS-1 arriving, case agents established surveillance in the 3900 block of North 14th Street in anticipation of the deal. Once arriving in the area case agents observed WILLIAMS occupying the driver's seat of the Accord which was parked in front of 3943 North 14th Street. Case agents also observed an unknown female passenger in the Accord. Once CS-1 arrived in the area CS-1 was observed parking on the west side of the street, directly in front of the Accord. CS-1 was then observed exiting their vehicle and walking to the passenger side of the Accord where CS-1 engaged with the occupants of the Accord through the open passenger window. CS-1 obtained the suspected controlled substances in exchange for $130 with WILLIAMS. After completing the controlled purchase, CS-1 walked back to their vehicle and departing the area.

39. Once back at the predetermined location CS-1 handed over approximately one gram of suspected fentanyl and one gram of suspected crack cocaine to case agents. The suspected crack cocaine and suspected fentanyl were later subjected to field tests where they both yielded positive results.

40. CS-1 stated that they had observed two Ziplock bags in WILLIAMS lap, one containing what appeared to CS-1 as "at least five ounces of purple fentanyl" and the other contained what appeared to contain "three ounces of cocaine." CS-1 stated that WILLIAMS retrieved small amounts of both substances and weighed them on a small digital scale located on the arm rest of the Accord.

**e.      Controlled Buy November 22, 2023, with telephone number 414-627-2727**

Page 14

41. On November 22, 2023, CS-1 conducted another controlled purchase of fentanyl and crack cocaine for $130 with Duane WILLIAMS.

42. Case agents met CS-1 at a predetermined location and CS-1 called telephone number 414-627-2727. The call went unanswered. A few moments later, CS-1 received an incoming call from telephone number 414-627-2727. CS-1 answered the call and was ultimately instructed to come to the area of North 40th Street and West Hampton Avenue, Milwaukee, Wisconsin. Based on the prior controlled buys and investigation into the DTO, case agents were already aware that Duane WILLIAMS lived at 4936 North 40th Street and surveillance units were sent to that location after the phone call between CS-1 and telephone number 414-627-2727.

43. Once surveillance units were established, a black Maserati sedan (Maserati) was observed back into the driveway of 4936 North 40th Street and case agents observed a black male occupying the driver's seat. CS-1 was followed by case agents from predetermined location to the area of the 4900 block of North 40th Street. CS-1 parked their vehicle on the east side of the road. CS-1 was observed walking to the Maserati and engaging with the driver of the Maserati through the open driver's window. CS-1 obtained the suspected controlled substances in exchange for $130 with WILLIAMS. CS-1 walked back to their vehicle and departing the area.

44. Once CS-1 had departed the area, case agents were able to observe the first three characters of the license plate on the Maserati to be ATK. A further search of law enforcement databases showed the full plate of the Maserati to be Wisconsin license plate ATK-9530. Case agents determine the Maserati is as a black 2017 Maserati Granturismo, bearing Wisconsin license plate ATK-9530, with a VIN: ZAM45VLA9H0203609. According to the Wisconsin Department of Transportation the Maserati is registered to Jimmy Lee DURANT Jr with an address of 4631 Sonseeahray Drive, Hubertus, Wisconsin. Based on my training and experience I know that it is

Page 15

common for drug traffickers to use vehicles not registered to themselves to avoid identification. Case agents are still attempting to identify the connection between DURANT and WILLIAMS or the DTO.

45.     Following the controlled purchase case agents again met with CS-1 at a predetermined location. Once at the predetermined location CS-1 handed over approximately one-half gram of suspected fentanyl and one-half gram of suspected crack cocaine to case agents. The suspected crack cocaine and suspected fentanyl were later subjected to field tests where they both yielded positive results.

46.     CS-1 stated they had observed two plastic Ziploc bags in WILLIAMS lap, once containing what appeared to CS-1 to be "a large amount of purple fentanyl" and the other contained what appeared to contain "an ounce of cocaine." CS-1 stated that WILLIAMS had retrieved small amounts from each bag and weighted them on a small digital scale located on the arm rest of the Maserati and then handed CS-1 loose amounts of each product, without a container. CS-1 also observed a large stack of US Currency located near the gear shifter of the Maserati that CS-1 estimate to be six inches thick.

47.     On the afternoon of November 27, 2023, case agents were conducting surveillance at WILLIAMS residence, 4936 North 40th Street, Milwaukee, Wisconsin. A case agent observed the Maserati parked in the driveway. At approximately 1:54 p.m. WILLIAMS exited the front door of the residence and entered the driver's seat of the Maserati. WILLIAMS ultimately departed the area at a high rate of speed in the Maserati.

> **e.      Controlled Buy November 30, 2023, with telephone number 414-627-2727**

48. On November 30, 2023, CS-1 conducted another controlled purchase of fentanyl and crack cocaine in exchange of $130 USC with Duane WILLIAMS.

49. Case agents met CS-1 at a predetermined location and CS-1 called telephone number 414-627-2727. The call went unanswered. Several minutes later CS-1 called telephone number 414-627-2727 and received instructions to come to the area of North 7th Street and West Walnut Street, Milwaukee, Wisconsin.

50. In preparation for this buy case agents had already established surveillance in the area of WILLIAMS's residence, 4936 North 40th Street, Milwaukee, Wisconsin. The Maserati was observed parked in the driveway of 4936 North 40th Street when surveillance units were established in the area. Shortly after CS-1 made phone contact with telephone number 414-627-2727, WILLIAMS was observed leaving the front door of the residence and entering the driver's seat of the Maserati. WILLIAMS was followed by surveillance units continuously from the time he left his residence until he arrived in the area of North 7th Street and West Reservoir Avenue, which is very near the intersection of North 7th Street and West Walnut Street. WILLIAMS did not make any stops or meet with any other individuals prior to meeting with CS-1. CS-1 had already been observed arriving in the area, and when the Maserati arrived. CS-1 was observed exiting their vehicle and walking to the passenger window of the Maserati. CS-1 was observed engaging with WILLIAMS through the open passenger window and then walking back to their vehicle. CS-1 obtained the suspect controlled substances from WILLIAMS in exchange for $130. After CS-1 was back in their vehicle, surveillance units followed the Maserati away from the area and observed WILLIAMS conduct another hand-to-hand transaction while sitting in the Maserati near the intersection of 12th Street and Arthur in Milwaukee, Wisconsin. Based on my training, experience, and investigation into the DTO, the hand-to-hand transaction was consistent with a

Page 17

drug transaction. Surveillance was terminated on the Maserati at this time due to WILLIAMS erratic driving.

51. Following the controlled purchase case agents again met with CS-1 at a predetermined location. Once at the predetermined location CS-1 handed over approximately one gram of suspected fentanyl and one gram of suspected crack cocaine to case agents. The suspected crack cocaine and suspected fentanyl were later subjected to field tests where they both yielded positive results. CS-1 stated they had observed WILLIAMS weighing the fentanyl and crack cocaine on a scale near the center console of the Maserati. CS-1 stated that WILLIAMS had handed CS-1 loose amounts of each product, without a container and CS-1 later placed the drugs in a small baggie once back inside CS-1's vehicle.

### C. Social Media

52. On November 29, 2023, case agents located a Facebook account associated with WILLIAMS under the profile name of "Derrick Rich", https://www.facebook.com/profile.php?id=100076274310216 (**Target Account**). Portions of WILLIAMS Facebook account are viewable to the public. Case agents confirmed the **Target Account** is WILLIAM based on photos and videos of WILLIAMS on the account.

53. Case agents observed on the **Target Account** a video posted to WILLIAMS Facebook Story that showed WILLIAMS driving the Maserati, which was used during two controlled buys previously described. WILLIAMS appeared to be smoking a marijuana blunt.

54. Case agents also observed on the **Target Account** a photograph posted to WILLIAMS Facebook page from August 19, 2023, that showed WILLIAMS seated in the driver's seat of the Maserati and holding a large amount of US Currency.

Page 18

55. Based on my training and experience, the **Target Account** appears to contain evidence, which is consistent with WILLIAMS engaged in drug trafficking, including the use of the Maserati, possession of large amounts of US Currency, and access to controlled substances, like marijuana.

56. Case agents believe the Facebook account associated with WILLIAMS, user "Derrick Rich" https://www.facebook.com/profile.php?id=100076274310216 (**Target Account**) contains valuable information that could be used as evidence for the possible crimes of distribution and possession with intent to distribute controlled substances and conspiracy to distribute and possess with the intent to distribute controlled substances, violations of Title 21, United States Code, Sections 841 and 846, which been committed by James E. JAMES III (DOB: XX/XX/1988), Patrick VAUGHN (DOB: XX/XX/1967), Bradley DIDENKO (DOB: XX/XX/1973), Jordan MAYRAND (DOB: XX/XX/1979), Anton MATTHEWS (XX/XX/1996), Lorenzo GOODEN (DOB: XX/XX/1987), Duane WILLIAMS (DOB: XX/XX/1998) and other unidentified subjects.

**TECHNICAL BACKGROUD**

57. Case agents believe the Facebook content sought and outlined in Attachment B are evidence relating to this investigation are available to Meta.

58. Meta owns and operates Facebook, a free-access social networking website that can be accessed at http://www.facebook.com. Facebook users can use their accounts to share communications, news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

59. Meta asks Facebook users to provide basic contact and personal identifying information either during the registration process or thereafter. This information may include the user's full name, birth date, gender, e-mail addresses, physical address (including city, state, and

zip code), telephone numbers, screen names, websites, and other personal identifiers. Each Facebook user is assigned a user identification number and can choose a username.

60. Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

61. Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

62. Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to

Page 20

control, for example, the types of notifications they receive from Facebook.

63. Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

64. Facebook users can upload photos and videos to be posted on their Wall, included in chats, or for other purposes. Users can "tag" other users in a photo or video and can be tagged by others. When a user is tagged in a photo or video, he or she generally receives a notification of the tag and a link to see the photo or video.

65. Facebook users can use Facebook Messenger to communicate with other users via text, voice, video. Meta retains instant messages and certain other shared Messenger content unless deleted by the user, and also retains transactional records related to voice and video chats. of the date of each call. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.

66. If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

Page 21

67. Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

68. Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

69. Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

70. Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

71. In addition to the applications described above, Meta provides users with access to thousands of other applications ("apps") on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

72. Meta also retains records of which IP addresses were used by an account to log into or out of Facebook, as well as IP address used to take certain actions on the platform. For example, when a user uploads a photo, the user's IP address is retained by Meta along with a timestamp.

73. Meta retains location information associated with Facebook users under some circumstances, such as if a user enables "Location History," "checks-in" to an event, or tags a post with a location.

Page 22

74.	Social networking providers like Meta typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).  In some cases, Facebook users may communicate directly with Meta about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users.  Social networking providers like Meta typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

75.	As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion.  In my training and experience, a Facebook user's IP log, stored electronic communications, and other data retained by Meta, can indicate who has used or controlled the Facebook account.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.  For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time.  Further, Facebook account activity can show how and when the account was accessed or used.  For example, as described herein, Meta logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date.  By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and

use relating to the crime under investigation.  Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation.  Additionally, location information retained by Meta may tend to either inculpate or exculpate the Facebook account owner.  Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation.  For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

76.     Therefore, the servers of Meta are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## **INFORMATION TO BE SEARCHED**

77.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## **JURISDICTION**

78.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) &

(c)(1)(A). Specifically, the Court is a district court of the United States that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## CONCLUSION

79. Based on the foregoing, I request that the Court issue the proposed search warrant.

80. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving it on Facebook. Because the warrant will be served on Facebook, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

Page 25

**ATTACHMENT A**
**Property to Be Searched**
**MATTER NO. 2021R00189**

This warrant applies to information associated with the Facebook user ID "Derrick Rich" https://www.facebook.com/profile.php?id=100076274310216 (Target Account) that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a company headquartered in Menlo Park, California.

Page 26

## I. Information to be disclosed by Meta Platforms, Inc. ("Meta")

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information associated with **the user ID listed in Attachment A for the time period of January 1, 2023 to the date of this warrant's execution**:

(a)    All contact and personal identifying information, for the accounts in Attachment A including full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)    All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(c)    All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d)    All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers;

Page 27

future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)     All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f)     All other records and contents of communications and messages made or received by the user including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g)     All "check ins" and other location information;

(h)     All IP logs, including all records of the IP addresses that logged into the account;

(i)     All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(j)     All information about the Facebook pages that the account is or was a "fan" of;

(k)     All past and present lists of friends created by the account;

(l)     All records of Facebook searches performed by the account;

(m)    All information about the user's access and use of Facebook Marketplace;

(n)     The types of service utilized by the user;

(o)     All audio and video messages sent by the account and messages received by the account;

(p)     Any and all location data that is recorded by Facebook related to the account;

(q)     The types of service utilized by the user;

Page 28

(r) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(s) All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(t) All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken; and

(u) Records relating to who created, used, or communicated with the user ID, including records about their identities and whereabouts.

Meta is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) and 846 involving Duane WILLIAMS (the Facebook account owner and suspect), James E. JAMES III, Patrick VAUGHN, Bradley DIDENKO, Jordan MAYRAND, Anton MATTHEWS, Lorenzo GOODEN, and others unknown and unknown to law enforcement, since January 1, 2023 to present, including for the user ID identified on Attachment A, information pertaining to the following matters:

(a) The sale and distribution of illegal drugs, any preparatory steps taken in furtherance of the criminal scheme and communications between said suspects and others

related to the relevant offense conduct of the sale of illegal drugs, including potential communications with source of supply in Texas and elsewhere;

(a) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(b) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation; and

(c) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

Page 30